IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JONATHAN MENSAH )
FORREST, #233218, )
                                             )
        Plaintiff, )
                                              )
      v. )          CASE NO.  2:16-CV-662-WKW
                                            )               [WO]
ELMORE CORRECTIONAL )
FACILITY, )
                                              )
        Defendant. )

## ORDER

Before the court is the Recommendation of the Magistrate Judge.  (Doc. # 10.)

There being no timely objection filed to the Recommendation, and based on a review

of the record, it is ORDERED as follows:

1.     The Recommendation of the Magistrate Judge (Doc. # 10) is

ADOPTED; and

2.     This case is DISMISSED without prejudice for Plaintiff's failure to file

an amended complaint as ordered by the court.

A final judgment will be entered separately.

DONE this 2nd day of November, 2016.

                           /s/ W. Keith Watkins
                     CHIEF UNITED STATES DISTRICT JUDGE